# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| JASON GREGORIO, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>GREEN DIAMOND RESOURCE COMPANY,<br><br>    Defendant. | Case No. 2:24-cv-00596<br><br>**ORDER GRANTING STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>NOTE ON MOTION CALENDAR: May 28, 2024 |

Before the Court is the Stipulation of Extension of Time to Respond to Complaint. Based on the Stipulation and for good cause appearing,

IT IS THEREFORE ORDERED that the Stipulation is GRANTED, and that Defendant shall respond to the Complaint by July 1, 2024.

IT IS SO ORDERED.

Dated this 29th day of May 2024.

*[signature]*

_____
U.S. District Court Judge