THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JASON GREGORIO and THOMAS VALENTINE, individually and on behalf of all others similarly situated,<br><br>                       Plaintiffs,<br>   v.<br><br>GREEN DIAMOND RESOURCES COMPANY,<br><br>                       Defendant. | CASE NO. C24-0596-JCC<br><br>ORDER |
| VINCELLA and RAYMOND CALICA, individually and on behalf of all others similarly situated,<br><br>                       Plaintiffs,<br>   v.<br><br>GREEN DIAMOND RESOURCE COMPANY,<br><br>                       Defendant | CASE NO. C24-0775-JCC |

This matter comes before the Court *sua sponte*. The Honorable John C. Coughenour, United States District Judge, hereby RECUSES himself from further proceedings in these cases, as well as the previously consolidated case C24-0620-JCC. They are to be REASSIGNED in rotation.

ORDER
C24-0596-JCC / C24-0775-JCC
PAGE - 1

DATED this 21st day of June 2024.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C24-0596-JCC / C24-0775-JCC
PAGE - 2