UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JASON GREGORIO, individually, and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br> v.<br><br>GREEN DIAMOND RESOURCE COMPANY,<br><br>     Defendant. | CASE NO. 2:24-cv-00596-LK<br><br>ORDER GRANTING MOTION TO STAY |

   This matter comes before the Court on the parties' Stipulated Motion and Request to Stay Pending Mediation. Dkt. No. 31. The parties represent that they have agreed to mediate this case on September 9, 2024, and request a stay until after the scheduled mediation "[t]o preserve resources and so that the Parties can focus on that upcoming mediation." *Id.* at 1–2. The Parties have also agreed to submit a Joint Status Report to the Court by September 23, 2024 to "appris[e] the Court of the outcome of mediation and any resolution." *Id.* at 2.

   "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for

ORDER GRANTING MOTION TO STAY - 1

counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936). The Court "may order a stay of the action pursuant to its power to control its docket and calendar and to provide for a just determination of the cases pending before it." *Leyva v. Certified Grocers of Cal., Ltd.*, 593 F.2d 857, 864 (9th Cir. 1979). In considering whether to grant a stay, courts consider several factors, including:

> the possible damage which may result from the granting of a stay, the hardship or inequity which a party may suffer in being required to go forward, and the orderly course of justice measured in terms of the simplifying or complicating of issues, proof, and questions of law which could be expected to result from a stay.

*CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962). Here, it does not appear that any damage, hardship, or inequity will result from the requested stay or that any questions of law will arise as a result of a stay. In addition, granting a stay will promote the orderly course of justice and preserve the parties' and the Court's resources.

For the foregoing reasons, the Court GRANTS the parties' stipulated motion to stay, Dkt. No. 31, STRIKES the initial case deadlines, Dkt. No. 24, STAYS this case, and ORDERS the parties to submit a joint status report on or before September 23, 2024.

Dated this 23rd day of July, 2024.

Lauren King
United States District Judge

ORDER GRANTING MOTION TO STAY - 2